MONTI JORDANA LEVY, ESQUIRE
Nevada Bar No. 8158
WRIGHT MARSH & LEVY
300 S. Fourth Street
Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
Mlevy@wmllawlv.com
Attorney for Defendant Ti Min Le

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CASE NO. 2:18-CR-00400-JAD-GWF |
| TRI MINH LE, ) | |
| Defendant. ) | |

**STIPULATION TO CONTINUE SENTENCING HEARING**
**(First Request)**

IT IS HEREBY STIPULATED AND AGREED, between the United States of America, by and through its attorney, Nicholas Trutanich, United States Attorney, through Kevin Schiff, Assistant United States Attorney; and Defendant Tri Minh Le, by and through his counsel, Monti Jordana Levy, Esquire, Wright Marsh & Levy, that the sentencing hearing currently scheduled for July 22, 2019 at 10:30 a.m. be vacated and set to a date and time convenient to this Court, but no sooner than ninety (90) days from the current sentencing date.

This stipulation is entered into for the following reasons:

1. The Defendant is currently in detention at the Nevada Southern Detention Center. Mr. Le agrees with this request for a continuance.

///

2. Defense counsel needs additional time to prepare for Defendant Le's sentencing. Defense counsel requires additional time to obtain additional documents and to prepare the sentencing memorandum. Further, Defendant needs additional time to coordinate the attendance of family and friends for sentencing.

3. The parties agree to the requested continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the sentencing hearing

Dated this 3rd day of June, 2019.

Respectfully submitted:

| WRIGHT MARSH & LEVY | NICHOLAS TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| BY   /s/ Monti Jordana Levy<br>MONTI JORDANA LEVY, ESQUIRE<br>Attorney for Defendant Tri Minh Le | BY   /s/ Kevin Schiff<br>KEVIN SCHIFF<br>Assistant U.S. Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA, )
        Plaintiff, )    CASE NO. 2:18-CR-00400-JAD-GWF
             vs. )
TRI MINH LE, )
        Defendant. )

      Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

      IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for July 22, 2019 at 10:30 a.m., be vacated and continued to October 28, 2019, at the hour of 9:30 a.m.

DATED: 6/4/2019

                                                  _____
                                                  JENNIFER A. DORSEY
                                                  United States District Judge